**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| COMMONWEALTH OF PENNSYLVANIA, | : | No. 547 EAL 2018 |
|---|---|---|
| Respondent | : | |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| KAREEM KELLAM, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of April, 2019, the Petition for Allowance of Appeal is **DENIED**.